UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OMAR ABU ALI, et al.**

    Petitioners,

        v.

**ALBERTO R. GONZALES,**[1] **et al.**

    Respondents.

Civil Action No. 04-1258 (JDB)

## ORDER

Upon consideration of repondents' motions to dismiss, the memoranda of the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 19th day of September, 2005, hereby

**ORDERED** that respondents' motion to dismiss is **GRANTED**, and it is further

**ORDERED** that the petition is **DISMISSED** in its entirety.

*So ordered.*

/s/ John D. Bates
JOHN D. BATES
United States District Judge

---

[1] The current Attorney General of the United States has been automatically substituted as a party, pursuant to Fed. R. Civ. P. 25(d)(1).

Copies to:

Jonathan Louis Stern
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC 20004-1206
Email: jonathan_stern@aporter.com

Morton Sklar
WORLD ORGANIZATION AGAINST TORTURE, USA
1725 K Street, NW, Suite 610
Washington, DC 20006
Email: msklar@humanrightsusa.org

David Douglas Cole
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, NW
Washington, DC 20001

Jenny-Brooke Condon
WORLD ORGANIZATION FOR HUMAN RIGHTS USA
1725 K Street, NW
Washington, DC 20006

Susan G. Lee
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC 20004
Email: susan_lee@aporter.com

Jonathan S. Martel
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC 20004-1206

Mara Vanessa Jessica Senn
ARNOLD & PORTER, LLP
555 12th Street, NW
Washington, DC 20004-1206
Email: mara_senn@aporter.com

    *Counsel for petitioners*

Ori Lev
Judry L. Subar
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION
Federal Programs Branch, Room 7138
P.O. Box 833
Washington, D.C. 20044

   *Counsel for respondents*